Ross Van Wie, Respondent, v. John Karnath, Appellant. Martin P. Luber, Sr., et al., as Administrators of the Estate of Martin P. Luber, Jr., Deceased, Respondents, v. John Karnath, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiffs in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

Norman Metz, Respondent, v. John Karnath, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

Anna V. Faust, as Administratrix of the Estate of Dorothy F. Roop, Deceased, Respondent, v. Central Greyhound Lines, Inc., Appellant.— Upon remission from the Court of Appeals (298 N. Y. 721), judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of evidence. All concur. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 273 App. Div. 1055; 275 App. Div. 741.]

Anna V. Faust, as Administratrix of the Estate of Eileen V. Roop, Deceased, Respondent, v. Central Greyhound Lines, Inc., Appellant.— Upon remission from the Court of Appeals (298 N. Y. 721), judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of evidence. All concur, except McCurn, J., who dissents and votes for affirmance. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 273 App. Div. 1055; 275 App. Div. 741.]

Anna V. Faust, as Administratrix of the Estate of Richard M. Roop, Deceased, Respondent, v. Central Greyhound Lines, Inc., Appellant.— Upon remission from the Court of Appeals (298 N. Y. 721), judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of evidence. All concur, except McCurn, J., who dissents and votes for affirmance. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 273 App. Div. 1055; 275 App. Div. 741.]

Anna V. Faust, as Administratrix of the Estate of Thomas C. Roop, Deceased, Respondent, v. Central Greyhound Lines, Inc., Appellant.— Upon remission from the Court of Appeals (298 N. Y. 721), judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of evidence. All concur, except McCurn, J., who dissents and votes for affirmance. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 273 App. Div. 1055; 275 App. Div. 741.]

Helen G. Krell, Respondent, v. John H. Krell, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *ante*, p. 972.]